

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER ON MOTION FOR REHEARING

Appellate case name:     Joseph Michael Nevedomsky v. The State of Texas

Appellate case number:   01-12-00105-CR

Trial court case number: 1747280

Trial court:             County Criminal Court at Law No. 10 of Harris County

Date motion filed:       March 6, 2013

Party filing motion:     Joseph Michael Nevedomsky

It is ordered that the motion for rehearing is ☒ **DENIED** ☐ **GRANTED.**

Judge's signature: /s/  Rebeca Huddle_____
                   ☐ Acting Individually ☒  Acting for the Court

Panel consists of: Justices Keyes, Sharp, and Huddle

Date:  April 18, 2013_____